Aug 17, 2015

Dear MR. Kyle,

I am writing this letter to inform you that I am haveing trouble to complete and to Request for an extension for my appeal # 03-15-00283-CR trial court case number 70710 style: Richard Guy Jensen

v

the State of Texas.

RECEIVED

AUG 2 4 2015

THIRD COURT OF APPEALS
JEFFREY D. KYLE

let the Record show that I am indigent and incarserated and that legal advice or help in the legal library is very limited to only a couple of hours a week. I am Requesting that I Be assigned a lawyer to help me Complete this appeal process.

I have also found that in the Records of my case that the lawyers and Juchical people were wrong and that I was lyed to. To get there conviction. This is why I need counsel Because I do not have the education nor the Resorces to Beable to

fight my case

The appellant prays that the court grant his motion for proper counsel due to being indegent and an extension so that he can complete a pro se Brief

Respecthelly submittal

Richard Jenson

Richard Jensen 1947580
C/9/19 pack ( unit
2400 wallace pack Rd
Navasota TX 77868- 4567

CAUSE NO. 70710

EXPARTE

RICHARD GUY JENSEN

§ IN THE 426th. JUDICIAL

§ DISTRICT COURT

§ BELL COUNTY TEXAS

## HABEAS CORPUS / DISTRICT COURT

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW RICHARD, GUY JENSEN APPLICANT AND PURSUANT TO ARTICLE 11.05 TEXAS CODE OF CRIMINAL PROCEDURE; ARTICLE 1, SECTION 12, TEXAS CONSTITUTION; AND ARTICLE 5, SECTION 8, TEXAS CONSTITUTION, PRESENT THIS APPLICATION FOR WRIT OF HABEAS CORPUS, SEEKING TO OBTAIN A COMPLETE COPY OF HIS TRIAL RECORDS WITHOUT COST.

### I.
### JURISDICTION

PURSUANT TO ARTICLE(S) 11.01 AND 11.05, TEXAS CODE OF CRIMINAL PROCEDURE, THIS COURT HAS JURISDICTION TO GRAN THE RELIEF REQUESTED HEREIN. EX PARTE CANTU, 913 S.W. 2d 701 ETEX.APP.- SAN ANTONIO. £ 1995.

### II
### SPECIAL STATEMET TO THE COURT

APPLICANT IS AN INDIGENT, LAYMAN OF THE LAW, ACTING WITHOUT COUNSEL, AND AS SUCH REQUESTS THIS COURT NOT TO IMPOSE UPON HIM THE SAME HIGH STANDARD OF LEGAL ART WHICH MIGHT BE PLACED IN A PLEADING PREPARED AND FILED BY A LEARNED MEMBER OF THE BAR. APPLICANT FURTHER REQUESTS THAT THIS COURT WILL CONSIDER THIS PRO-SE APPLICATION IN A MANNER THAT WILL DO SUBSTANTIAL JUSTICE, WITH A MEASURE OF TOLERANCE, PURSUANT TO HAYNES V. KERNER, 92 S. CT. 594 (1972).


RECEIVED
AUG 2 4 2015
THIRD COURT OF APPEALS
JEFFREY D. KYLE

## III.
## RELIEF REQUESTED

FOR HIS USE IN PREPARING A POST- CONVICTION WRIT OF HABEAS CORPUS, APPLICANT REQUESTS THAT HE BE PROVIDED WITH A COPY OF THE COMPLETE TRIAL RECORD INCLUDING, BUT NOT LIMITED TO, ALL INDICTMENTS, ADMONISHMENT BY THE COURT, THE ARGUMENTS OF THE STATE, MOTIONS, CONFESSIONS, STATEMENTS OF FACTS, PRE-SENTANCE INVESTIGATION, AND ALL OTHER PAPERS FILED FROM HIS CRIMINAL TRIAL STATED TITLED, THE STATE OF TEXAS VERSES RICHARD, GUY JENSEN CAUSE NO. 70710

AS AN ALTERNATIVE TO SIMPLY BEING PROVIDED A COPY OF THE COMPLETE TRIAL RECORD, APPLICANT WOULD REQUEST THAT HE BE GIVEN THE LOAN OF THOSE RECORDS FOR A REASONABLE LENGTH OF TIME, ACCOUNTABLE THROUGH THE LIBRARIAN OF THE T.D.C.J. PACK #1 UNIT WHERE HE CURRENTLY HOUSED. SEE IN RE CHRISTENSEN 39 S.W.3d 250. (TEX. APP. AMARILLO 2000).

## IV.
## ARGUMENT & AUTHORITY

DUE TO HIS POVERTY, APPLICANT IS UNABLE TO PAY FOR A COPY OF THE COMPLETE TRIAL RECORDS, DISCRIBED ABOVE, WHICH HE REQUIRES. A A COMPLETE COPY OF SAID TRIAL RECORDS ARE ESSENTIAL TO APPLICANT FOR HIS USE IN SEEKING POST- CONVICTION RELIEF, AND AS SUCH, HE IS ENTITLED TO BE PROVIDED THE SAME AT NO COST, AS TO COMPLY WITH DUE PROCESS THE STATE MUST PROVIDE AN INDIGENT A TRANSCRIPT OF HIS TRIAL WHERE HE ALLEGESS SPECIFIC ERROR WHICH TRIAL RECORDS WILL DEMONTRAT. IN RE CORONADO 980 S.W. 2d 691 (TEX. APP. - SAN ANTONIO 1998); ESCOBAR V. STATE, 880 S.W. 2d 782 (TEX. APP. HOUSTON 1st. DIST. 1993); ROUTE V. BLACKBURN, 498 F. 2d 875 (1980); SMITH V. BENNETE, 81 S.Ct 895 (1961). HERE APPLICANT MAKES THE FOLLO-WING SPECIFIC CLAIMS, AND ASSERTS THAT THEY ARE DEMONSTRTED BY THE COMPLETE TRIAL RECORD.

(1) APPLICANT CLAIMS HE IS INNOCENT OF THE OFFENCE OF CONVICTION CAUSE NO. 70710, AND ASSERTS THAT THE TRIAL RECORDS WILL DEMONSTRATE TO THE FACT, STATING HIS INTENTION OF FILING A POST CONVICTION WRIT OF HABEAS CORPUS ASSERTING AN ACTUAL INNOCENCE CLAIM.

(2) APPLICANT CLAIMS THAT THE PROSECUTION USED PERJURED TESTIMONY OF THE STATE WITNESSES TO OBTAIN A CONVICTION AGAINST HIM.

ALL AFORSAID CLAIMS ARE SUBSTATIAL IN THE COMPLETE TRIAL RECORDS AND WILL BE THE GROUNDS OF APPLICANT POST-CONVICTION WRIT. AS SUCH, IN LIGHT OF SUCH A SHOWING, THE UNITED STATES SUPREME COURT HAS RULED THAT IT IS THAT WHEN A NEED FOR A TRANSCRIPT IN ORDER TO COLLATERALLY ATTACK A CONVICTION IS SHOWN EQUAL PROTECTION AND DUE PROCESS REQUIRE THE STATE TO FURNISH AN INDIGENT PRISONER SUCH TRANSCRIPT WITHOUT CHARGE. GARDNER V. CALIFORNIA, 89 S. Ct. 580 (1969).

# PRAYER

WHEREFORE, PREMISES CONSIDERED, APPLICANT PRAYS THIS COURT WILL CONSIDER THE INFORMATION PRESENTED HEREIN AND WILL GRANT THIS WRIT APPLICATION, ORDERING THE OFFICIAL COURT REPORTER AND/OR THE CLERK OF THE COURT, TO PROVIDE APPLICANT WITH A COPY OF THE COMPLETE TRIAL RECORDS AT NO COST, OR IN THE ALTERNATIVE TO MAKE ARRANGMENTS THROUGH THE T.D.C.J. PACK #1 UNIT LAW LIBRARY FOR APPLICANT TO BE LOANED SAID RECORDS FOR A REASONABLE LENGTH OF TIME.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT ON THIS _____ DAY OF _____ 2015, A TRUE AND CORRECT COPY OF THIS WRIT OF HABEAS CORPUS 11.05 WAS MAILED TO CLERK JOANNA STATON BELL COUNTY, DISTRICT COURT BELTON, TEXAS 76513

RESPECTFULLY SUBMITTED,

Richard Jensen
PRO - SE

RICHARD GUY JENSEN
T.D.C.J. #1947580
WALLACE PACK UNIT
2400 WALLACE PACK RD.
NAVASOTA, TX. 77868

8/9/19 Pack 1 Unit 2400
Wallace Pack Rel. Navasota
Tx. 77868 - 4567

NORTH HOUSTON TX 773
20 AUG 2015 PM 8 1

78711254747

MR Jeffrey D. Kyle, (Clerk)
Third District of Texas
P.O. Box 12547, Austin, Texas
78711-2547